NO. 07-02-0037-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL15, 2002

_____


PAULA AINSWORTH, APPELLANT

V.

KENTON RAGSDALE, APPELLEE


_____

FROM THE 136TH DISTRICT COURT OF JEFFERSON COUNTY;

NO. D-164,304; HONORABLE MILTON SHUFFIELD, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Paula Ainsworth filed a *pro se* notice of appeal from a summary judgment that appellee Kenton Ragsdale recover $148,500 plus interest and attorney's fees. The clerk's record was filed on January 17, 2002. Ms. Ainsworth's brief was due to be filed on February 18, 2002, but has yet to be filed, and no motion for extension of time has been filed. By letter dated March 20, 2002, this Court notified Ms. Ainsworth of the defect and

also directed her to reasonably explain the failure to file a brief together with a showing that Kenton Ragsdale has not been significantly injured by the delay by April 1, 2002. Ms. Ainsworth did not respond and the brief remains outstanding.

Accordingly, we dismiss this appeal for want of prosecution and for failure to comply with an order of this Court. *See* Tex. R. App. P. 38.8(a)(1) and 42.3(a) and (c).

Don H. Reavis
Justice

Do not publish.

2